# EXHIBIT A

0164567

Medusind

[redacted]

509_0164567

January 7, 2025

JEANNE AUER
[redacted]

**Notice of Data Breach**

Dear Jeanne Auer,

You are receiving this letter because your information may have been impacted by a cyber incident experienced by Medusind, Inc. ("Medusind") that took place on December 29, 2023 and that we discovered later the same day. Medusind is a revenue cycle management company that provides billing support to health care organizations, including your health care provider. Through an investigation, Medusind determined that information belonging to you may have been accessed without authorization. The purpose of this letter is to give you an overview of the data security incident, our response to it, and to let you know about the support we are offering to you.

**What Happened**

On December 29, 2023, Medusind discovered suspicious activity within its IT network. Upon discovering the suspicious activity, Medusind took the affected systems offline and hired a leading cybersecurity forensic firm to conduct an investigation. Through this investigation, we found evidence that a cybercriminal may have obtained a copy of certain files containing your personal information. Additionally, we implemented enhanced security measures to prevent similar incidents from occurring in the future.

**What Information Was Involved**

Medusind has determined that some of these files contain name and information in one or more of the following categories: health insurance and billing information (such as insurance policy numbers or claims/benefits information), payment information (such as debit/credit card numbers or bank account information), health information (such as medical history, medical record number, or prescription information), government identification (such as driver's license or passport number), and other personal information (such as date of birth, email, address, or phone number). The particular type of information involved depends on the individual.

**What We Are Doing**

We are offering you two years of complimentary identity monitoring (for those 18 or over). We have secured the services of Kroll, a global leader in risk mitigation and response, to provide this service at no cost to you. These services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

We encourage you to take full advantage of this service by contacting Kroll with any questions and activating the free identity monitoring services. Kroll representatives have been fully briefed on the incident and can answer questions or concerns you may have regarding the protection of your personal information.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
*You have until **April 24, 2025** to activate your identity monitoring services.*
Membership Number: [redacted]

For more information about Kroll and your Identity Monitoring services, you can visit info.krollmonitoring.com.

Additional information describing your services is included with this letter.

ELN-23074